Baugham v. Herschede Motor Car Co.............20056
Dayton Rubber Mfg. Co. v. Brown...............20043
Hess v. Columbia Life Ins. Co..................20051
Hess v. Fed. Union Life Ins. Co.................20052
Hess v. Ohio Nat. Life Ins. Co..................20055
Hess v. Union Central Ins. Co...................20053
Hess v. Western & Southern Ins. Co..............20054
Katkevich et y. Goodman........................20047
Kerr v. Hayes..................................20042
King v. L. M. South. Realty & Impro. Co........20039
Libbey Glass Co. v. Gronan.....................20046

Lytle v. Un. Gas & Elec. Co.....................20048
Matzinger et v. Harvard Lumber Co..............20041
Midwest Color Offset Co. v. Themal Elec. Co.....20049
Motor Finance Corp. v. Huntsberger.............20044
Northern Ohio Power & Light Co. v. Penn. Rd. Co..20050
Penfield v. Reichlin............................20038
Romanowski v. Hoff.............................20045
Scioto Valley Ry. Co. v. P. U. C................20040

### AUGUST 3, 1926

20038—Alice P. Penfield v. The Reichlin, Reedy, Scanlan Co; motion for Lorain Appeals to certify. L. A. Tucker and Bayly, Lawrence & Beach, Cleveland, for pltff; Glitsch & Stack, Lorain, for deft.

20039—Kitty S. King v. The L. M. Southern Realty & Improvement Co; motion for Cuyahoga Appeals to certify. Howell, Roberts & Duncan, Cleveland, for pltff; J. A. Cline and Sawyer & Cummings, Cleveland, for deft.

## The Cleveland Trust Company
CHARTER NO 444

CAPITAL AND SURPLUS $12,900,000 00

LEGAL DEPARTMENT

June 22, 1926.

The W. H. Anderson Company,
524 Main Street,
Cincinnati, Ohio

Gentlemen:        Attention of Mr.Hugh Jones.

      I appreciate the information furnished me in your letter of June 18th, relative to Section 8546-2 of the General Code, and desire to compliment you for the thoroughness exhibited by your editors in going into this particular section.

Very truly yours,

W.A.STRONG,
Assistant Counsel.

MAM